UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAQUELINE WATTS, et al., | ) | Case No.: C 09-2696 PVT |
| Plaintiffs, | ) ) | **ORDER THAT CASE BE TRANSFERRED TO THE** |
| v. | ) ) | **SAN FRANCISCO/OAKLAND DIVISION OF THIS COURT** |
| THOMAS F. CASEY, et al., | ) ) | |
| Defendants. | ) ) | |

On June 17, 2009, Plaintiff Jaqueline Watts filed this action, along with a Civil Cover Sheet on which she checked "San Jose" in Section IX "Divisional Assignment."[1] A review of the papers filed by Plaintiff reveals that the proper divisional assignment is the San Francisco/Oakland Division of this court. *See* CIVIL L.R. 3-2(c) ("A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated") and 3-2(d) (actions that arise in San Mateo County must be assigned to the San Francisco Division or the Oakland Division). Therefore,

IT IS HEREBY ORDERED that this case be transferred to San Francisco/Oakland Division of this court.

Dated: *June 22, 2009*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

copies mailed on    *6/22/09*    to:

Jacqueline Watts
Post Office Box 213
Palo Alto, CA 94302

Inez Thompson
Post Office Box 213
Palo Alto, CA 94302

                      */s/  Donna Kirchner          for*
                      CORINNE LEW
                      Courtroom Deputy